DeeDra M. Grubbs #1929199
Valley Unit 1-21
1401 State School Rd.
Gatesville, Tx 76599

Twelfth Court of Appeals
1517 W. Front St. Ste. 354
Tyler, Tx 75702

May 30, 2015

FILED IN COURT OF APPEALS
12th Court of Appeals District

JUN 03 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

Dear Ms. Cathy S. Lusk

On June 4, 2014; I was found guilty of Capital Murder in the 273RD Court of Shelby County, TX. My court-appointed Attorney, Mr. Deck Jones, has assured me that all necessary paperwork from the courtroom proceedings have been sent to your court. My information is as follows: DeeDra Michelle Grubbs 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 11-18-1973 Cause # 14CR-19,075.

I have been in TDCJ since June 9, 2014 (making it roughly a whole year) and I have heard nothing from anyone about my appeal. Mr. Jones has been released from representing me any further. So, I have no attorney's name or address to contact, either. I do need court-appointed counsel for this appeal. May I have his/her information so I may be in contact with them?

Could someone please let me know where my appeal stands? My life is at a standstill behind these concrete walls. I have a family who believes, along with myself, that I will get this appeal and be home soon. I need to know something. The stress of not knowing anything is not good for my mind, my health.

Thank you for your time and God bless!

Sincerely
DeeDra Grubbs